IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II,

    Petitioner,                    No. CIV S-06-0354 GEB JFM P

    vs.

TOM CAREY, Warden, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        Petitioner has also requested appointment of counsel. It appears that petitioner seeks appointment of his appellate attorney, Danny D. Brace, Jr., to represent him in this action. Good cause appearing, petitioner will be directed to present his request for appointment of counsel to the Federal Defender, who shall thereafter advise the court whether petitioner qualifies for appointment of counsel and, if so, whether Mr. Brace should be appointed to represent petitioner in this action.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file an answer within forty-five days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney General;

4. Within ten days from the date of this order petitioner shall present his request for appointment of counsel to the Federal Defender;

5. Within twenty days thereafter, the Federal Defender shall advise the court in writing whether petitioner qualifies for appointment of counsel and, if so, whether Danny D. Brace, Jr. should be appointed to represent petitioner in this action; and

6. The Clerk of the Court is directed to serve a copy of this order on petitioner at California State Prison-Solano and on Danny D. Brace, Jr., 901 H Street, Suite 500, Sacramento, CA 95814

DATED: March 30, 2006.

UNITED STATES MAGISTRATE JUDGE

/morr0354.100f