IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROLON LAMARR MORRIS, II,** | CIV S-06-0354 GEB JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM CAREY, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for a 30-day enlargement of time is granted. A response to the petition for writ of habeas corpus shall be filed on or before June 14, 2006.

Dated: May 16, 2006.

UNITED STATES MAGISTRATE JUDGE

/morr0354.ext

[Proposed] Order