IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II,

        Petitioner,                     No. CIV S-06-0354 GEB JFM P

   vs.

TOM CAREY, Warden, et al.,        <u>ORDER AND</u>

        Respondents.             <u>ORDER TO SHOW CAUSE</u>

_____/

       Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

       Petitioner included with his petition a request for appointment of counsel. By order filed March 31, 2006, petitioner was directed to present his request for appointment of counsel to the Federal Defender within ten days from the date of the order. The order further required the Federal Defender to, within twenty days thereafter, advise the court whether petitioner qualifies for appointment of counsel and, if so, whether Mr. Brace should be appointed to represent petitioner in this action. More than thirty days have passed since that order was filed and there has been no response from the Federal Defender. The reason for the absence of a response is not clear from the record. Good cause appearing, petitioner will be ordered to show

/////

1

cause in writing why his request for appointment of counsel should not be denied for failure to comply with the court's March 31, 2006 order.

On June 13, 2006, respondents filed a request for a second extension of time to file a response to the petition. Good cause appearing, respondents' request will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within ten days from the date of this order petitioner shall show cause in writing why his request for appointment of counsel should not be denied for failure to comply with the court's March 31, 2006 order;

2. Respondents' June 13, 2006 request for extension of time is granted;

3. Respondents' response to the petition shall be filed and served not later than thirty days from the date of this order; and

4. The Clerk of the Court is directed to serve a copy of this order on petitioner at California State Prison-Solano, on Danny D. Brace, Jr., 901 H Street, Suite 500, Sacramento, CA 95814, and on Daniel Broderick, Acting Federal Defender.

DATED: June 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
morr0354.osc

2