IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II,

       Petitioner,                    No. CIV S-06-0354 GEB JFM P

    vs.

TOM CAREY, Warden, et al.,

       Respondents.            ORDER

          Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The filing fee for this action was paid on petitioner's behalf by the Law Office of Danny Brace, Jr.

          Petitioner included with his petition a request for appointment of counsel. By order filed March 31, 2006, petitioner was directed to present his request for appointment of counsel to the Federal Defender within ten days from the date of the order. The order further required the Federal Defender to, within twenty days thereafter, advise the court whether petitioner qualifies for appointment of counsel and, if so, whether Mr. Brace should be appointed to represent petitioner in this action. More than thirty days passed from the date that order was filed without response from the Federal Defender. For that reason, by order filed June 14, 2006, petitioner was directed to show cause in writing why his request for appointment of counsel should not be denied for failure to comply with the court's March 31, 2006 order.

On June 15, 2006, the Federal Defender provided an initial response to the order to show cause. On July 5, 2006, the Federal Defender provided a supplemental response, appended to which is an application from petitioner to proceed in forma pauperis. Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed will be granted. See 28 U.S.C. § 1915(a).

After review of said responses, and the record herein, the court finds that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). The Federal Defender has represented that petitioner appears to qualify for appointment of counsel, and that Mr. Brace is not seeking appointment to represent petitioner. Accordingly, the Office of the Federal Defender will be appointed to represent petitioner.

On July 14, 2006, respondents filed an application for an extension of time to answer the petition. Good cause appearing, that request will be granted. Due to the appointment of counsel, respondents will be relieved of the obligation to file an answer until further order of court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's July 5, 2006 application to proceed in forma pauperis is granted.

2. The Federal Defender is appointed to represent petitioner.

3. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

4. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

5. Within sixty days from the date of this order the parties shall file and serve a joint status report which addresses the timing and order of the following matters:

    a. Discovery and investigations;

    b. Anticipated motions;

c. The need for and timing of an evidentiary hearing;

d. Enumeration and resolution of unexhausted claims;

e. Possible future amendments to the pleadings; and

f. A briefing schedule for the filing of respondents' answer to the operative petition, and petitioner's traverse to respondents' answer.

The parties are advised that failure to timely file a status report may result in sanctions.

6. Respondents' July 14, 2006 application for an enlargement of time is granted.

7. Respondents are relieved of the obligation to file an answer to the petition until further order of court.

8. The Clerk of the Court is directed to serve a copy of this order on petitioner at California State Prison-Solano and on Danny D. Brace, Jr., 901 H Street, Suite 500, Sacramento, CA 95814.

DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
morr0354.110a