STEPHANIE M. ADRAKTAS
(No. 215323)
Attorney at Law
P.O. Box 424015
San Francisco, CA 94142
Telephone (415) 699-1507
Fax Number  (415) 626-5475

Attorney for Petitioner
ROLON LAMARR MORRIS II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLON LAMARR MORRIS II ) | NO.  CV 06-00354-GEB-JFM P |
| Petitioner, ) | |
| v. ) | **ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT SCHEDULING STATEMENT** |
| TOM CAREY, Warden ) | |
| Respondent . ) | |

For the reasons stated in the foregoing Unopposed Motion for Enlargement of Time to File Joint Scheduling Statement and based on the information presented in Petitioner's Declaration of Counsel, IT IS  ORDERED that the Motion for Enlargement of Time is granted.  The parties must file a Joint Scheduling Statement no later than November 24, 2006.

DATED:  October 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/morr0354.ext2