IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II,

    Petitioner,                   No. CIV S-06-0354 GEB JFM P

    vs.

TOM CAREY, Warden, et al.,

    Respondents.                ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to court order, the parties have filed a joint scheduling statement.

        After review of said statement and record herein, and good cause appearing, IT IS HEREBY ORDERED that: On or before February 22, 2007, petitioner shall file either an amended petition or a motion to stay these proceedings pending exhaustion of state court remedies. The court will issue a further scheduling order, as appropriate, after petitioner files his amended petition or motion to stay.

DATED: December 21, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

12;morr0354.o