IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II,

    Petitioner,                    No. CIV S-06-0354 GEB JFM P

    vs.

TOM CAREY, Warden, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        By order filed December 22, 2006, petitioner was granted until February 22, 2007 to file an amended petition or a motion to stay these proceedings. On February 21, 2007, petitioner filed an amended petition. Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to the amended petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file an answer to the amended petition within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the answer any and all transcripts or other documents relevant to

1

the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

      2. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed; and

      3. Any motion for evidentiary hearing shall be filed not later than concurrently with the filing of petitioner's traverse and shall be noticed for hearing on this court's regular law and motion calendar and briefed in accordance with the provisions of Local Rule 78-230.

DATED:  February 27, 2007.

UNITED STATES MAGISTRATE JUDGE

12
/morr0354.100amd

2