IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II,

        Petitioner,               No. CIV S-06-0354 GEB JFM P

      vs.

TOM CAREY, Warden, et al.,

        Respondents.        ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed February 28, 2007, respondents were directed to file an answer to the amended petition within forty-five days.  The forty-five day period has expired and respondents have not responded in any way to the February 28, 2007 order.

        Accordingly, IT IS HEREBY ORDERED that within ten days from the date of this order respondents shall show cause in writing why sanctions should not be imposed for failure to comply with this court's February 28, 2007 order.

DATED:  April 30, 2007.

UNITED STATES MAGISTRATE JUDGE

12;/morr0354.osc2

1