IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II,

    Petitioner,               No. CIV S-06-0354 GEB JFM P

    vs.

TOM CAREY, Warden, et al.,

    Respondents.            ORDER

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed April 30, 2007, respondents were directed to show cause within ten days why sanctions should not be imposed for their failure to comply with this court's February 28, 2007 order directing than an answer to the amended petition be filed within forty-five days.  On May 4, 2007, respondents filed a response to the order to show cause together with an answer to the amended petition.

    Good cause appearing, IT IS HEREBY ORDERED that the April 30, 2007 order to show cause is discharged.

DATED:  June 12, 2007.

UNITED STATES MAGISTRATE JUDGE

12;morr0354.dis

1