STEPHANIE M. ADRAKTAS
(No. 215323)
Attorney at Law
P.O. Box 424015
San Francisco, CA 94142
Telephone (415) 699-1507
Fax Number  (415) 626-5475

Attorney for Petitioner
ROLON LAMARR MORRIS II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROLON LAMARR MORRIS II | ) | NO.  CV 06-00354-GEB-JFM |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **PETITIONER'S UNOPPOSED** |
| | ) | **MOTION FOR LEAVE TO** |
| TOM CAREY, Warden | ) | **FILE REPLY BRIEF** |
| | ) | |
| | ) | |
| Respondent . | ) | |
| | ) | |

For the reasons stated in the foregoing Unopposed Motion for Clarification of the Briefing Schedule and for Leave to File a Reply Brief and based on the information presented in Petitioner's Declaration of Counsel, IT IS  ORDERED that the Motion for Leave to File a Reply Brief is granted.  Petitioner shall file a Reply to Respondent's Answer to the Amended Petition no later than July 30, 2007.

DATED:  June 18, 2007.

UNITED STATES MAGISTRATE JUDGE

/morr0354.ext3