STEPHANIE M. ADRAKTAS
(No. 215323)
Attorney at Law
P.O. Box 424015
San Francisco, CA 94142
Telephone (415) 699-1507
Fax Number  (415) 626-5475

Attorney for Petitioner
ROLON LAMARR MORRIS II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLON LAMARR MORRIS II ) | NO.  CV 06-00354-GEB-JFM |
| Petitioner, ) | |
| v. ) | ORDER ON PETITIONER'S MOTION FOR DISCOVERY |
| TOM CAREY, Warden ) | |
| Respondent . ) | |

In accordance with the stipulation of counsel in the above captioned action, it is Ordered that the following discovery shall be provided by Respondent's Counsel to Petitioner's counsel no later than one week prior to the evidentiary hearing in this case, currently scheduled for January 15, 2008:

A complete copy of the jury selection notes and records of the Placer County Deputy District Attorney related to the criminal case that is the subject of the above captioned proceedings, People v. Rolon Lamarr Morris II, Placer County Case No. 62-030102.

FURTHERMORE,  pursuant to Rule 6(a) of the Rules Governing § 2254 Cases: petitioner's counsel  may issue a subpoena duces tecum for the following discovery

1  A complete copy of the juror questionnaires completed by prospective jurors for the
2  jury trial in People v. Rolon Lamarr Morris II, Placer County Case No. 62-030102.
3  Pursuant to the stipulation of counsel, all juror identifying information (including
4  addresses and telephone numbers) may be redacted from those records with the
5  following exceptions:

6  The questionnaires shall include the last names of all prospective jurors
7  except those who were selected to serve at trial.

8  The questionnaires shall include the juror numbers of the trial jurors.

9  FURTHERMORE, in light of the stipulation of counsel and this Order, the
10 hearing on petitioner's motion for discovery currently scheduled for January 10,
11 2008 at 11:00 a.m. in Courtroom 26 is vacated.

12 DATED: December 13, 2007.

UNITED STATES MAGISTRATE JUDGE

morr0354.stip