IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II,

    Petitioner,                    No. CIV S-06-0354 GEB JFM P

    vs.

TOM CAREY, Warden, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Pursuant to the unopposed application of petitioner for an order shortening time, and good cause appearing therefor, the notice period required by Local Rule 37-251 is hereby suspended. Oral argument on petitioner's Application for Production of the Petitioner at the Evidentiary Hearing in this matter will be heard on Thursday, January 10 at 11:00 a.m. in Courtroom 26. Opposition to the motion shall be filed on or before January 8, 2008. Reply to the opposition, if any, shall be filed on or before January 9, 2008.

DATED: December 18, 2007.

                                UNITED STATES MAGISTRATE JUDGE

12;morr0354.ost