IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II,

    Petitioner,                    No. CIV S-06-0354 GEB JFM P

    vs.

TOM CAREY, Warden, et al.,

    Respondents.               ORDER

                                   /

           Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This court is in receipt of copies of juror questionnaires subpoenaed by petitioner from the Placer County Superior Court. The copies are accompanied by an order from the superior court which provides in part that "[t]he copies provided and the information contained therein, are not to be copied and the information is not to be disclosed to any third party without authorization by this Superior Court. After they have been utilized, the copies are to be returned to the examining court for destruction."

           Good cause appearing, petitioner's counsel shall forthwith make arrangements to review in the chambers of the undersigned the copies provided by the superior court and to

/////
/////
/////
/////
/////

1

1  determine, as appropriate, whether there is any further need for the copies in these proceedings.
2  Any request for modification of the superior court's order must be addressed to that court.
3  IT IS SO ORDERED.
4  DATED: January 9, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
morr0354.o2