IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II,

    Petitioner,                    No. CIV S-06-0354 GEB JFM P

  vs.

TOM CAREY, Warden, et al.,

    Respondents.               ORDER

                                /

          Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Good cause appearing, IT IS HEREBY ORDERED that the evidentiary hearing set for January 15, 2008 is dropped from calendar. A new date for hearing will be set by subsequent order of court.

DATED: January 11, 2008.

                                        UNITED STATES MAGISTRATE JUDGE

12
morr0354.eho

1