STEPHANIE M. ADRAKTAS (No. 215323)
Attorney at Law
P.O. Box 424015
San Francisco, California  94142
Telephone (415) 699-1507
Fax Number  (415) 626-5475

Attorney for Petitioner
ROLON LAMARR MORRIS, II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROLON LAMARR MORRIS II | ) | NO.  CIV 06-00354-GEB-JFM P |
| Petitioner, | ) | ORDER ON |
| | ) | CASE SCHEDULE |
| v. | ) | |
| TOM CAREY,    Warden | ) | |
| Respondent . | ) | |

     Pursuant to the stipulation of counsel, IT IS HEREBY ORDERED that:

1. The evidentiary hearing scheduled for Tuesday, January 15, 2008 has been dropped from calendar to (1) allow petitioner to move the Placer County Superior Court for modification of the current order restricting use and copying of the jury questionnaires for this case; and (2) allow counsel to submit briefing on issues related to the burden of proof and examination of the witness at the evidentiary hearing.

2. Further case scheduling in this matter shall be held in abeyance pending a response from the Placer County Superior Court on petitioner's request for modification of the order restricting use and copying of the jury questionnaires.

3. No later than January 25, 2008  petitioner's counsel shall submit a request to the Placer County Superior Court for modification of the order restricting use and copying of the jury questionnaires.

4. After the Placer County Superior Court has responded to petitioner's request for modification of the order restricting copying of the jury questionnaires, counsel shall submit to this court a

1  proposed briefing schedule for the issues to be resolved prior to the evidentiary hearing and a
2  proposed evidentiary hearing date.
3  Dated: January 23, 2008.

UNITED STATES MAGISTRATE JUDGE

/morr0354.stip2