IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II

      Petitioner,                    No. CIV S-06-0354 GEB JFM P

    vs.

TOM CAREY, Warden, et al.,

      Respondents.            <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding through counsel. On April 10. 2008, petitioner filed a motion for an order granting leave to make copies of juror questionnaires produced to this court by the Placer County Superior Court and for leave to file a copy of those records in this action subject to a protective order. Respondents do not oppose the motion, which is presently set for hearing before the undersigned on May 29, 2008 at 11:00 a.m.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's April 10, 2008 motion is granted;

      2. Counsel for petitioner and counsel for respondent may make copies of the juror questionnaires produced to this court by the Placer County Superior Court, subject to the following protective order: The juror questionnaires shall be copied for the use of petitioner's counsel and respondent's counsel only and shall not be disclosed to any other person without

1

1 | further leave of court. Ruling on the admissibility of the jury questionnaires in these proceedings
2 | and the circumstances under which they may be filed is deferred until the evidentiary hearing to
3 | be set in accordance with paragraph 4 of this order.
4 |     3. The hearing set for May 29, 2008 is dropped from calendar.
5 |     4. The parties are directed to contact Casey Schultz, Courtroom Deputy to the
6 | undersigned, to obtain a new date for evidentiary hearing in this matter.
7 | DATED: May 28, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
morr0354.jq