IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II,

        Petitioner,            No. 2:06-cv-0354 GEB JFM (HC)

    vs.

TOM CAREY, Warden, et al.,

        Respondents.       <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to the June 11, 2008 stipulation of the parties, this matter will be set for evidentiary hearing on September 9, 2008 at 10:00 a.m. in Courtroom # 26.  After review of the record herein, and good cause appearing, petitioner's December 17, 2007 motion for an order to produce petitioner at the evidentiary hearing will be granted.  Petitioner's present custodian shall provide for petitioner's presence at the evidentiary hearing pursuant to the writ of habeas corpus ad testificandum to be issued.  All parties shall take any steps necessary to facilitate execution of said writ.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  This matter is set for evidentiary hearing on September 9, 2008 at 10:00 a.m. in Courtroom # 26.

/////

/////

/////

1

2.  Petitioner's December 17, 2007 motion for an order to produce petitioner at the evidentiary hearing is granted.  A writ of habeas corpus ad testificandum to provide for petitioner's presence at the hearing is issued concurrently with this order.

DATED: August 8, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
morr0354.eho2

2