IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II,

    Petitioner,                   No. CIV S-06-0354 GEB JFM P

  vs.

TOM CAREY, Warden, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 27, 2008, petitioner filed a motion to shorten time for hearing on a motion for telephonic deposition of the prosecuting attorney who will be a witness at the evidentiary hearing set for September 9, 2008. After review of the record, and good cause appearing, IT IS HEREBY ORDERED that petitioner's August 27, 2008 motion to shorten time for hearing the motion for telephonic deposition is denied.

DATED: August 29, 2008.

                                        UNITED STATES MAGISTRATE JUDGE

12
morr0354.ost2

1