IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLON LAMARR MORRIS, II

       Petitioner,                    No. CIV S-06-0354 GEB JFM P

    vs.

TOM CAREY, Warden, et al.,

       Respondents.             <u>ORDER</u>

_____/

       Petitioner is a state prisoner proceeding through counsel.  This matter came on for evidentiary hearing on September 9, 2008.  At the conclusion of the hearing, the court set an order for final briefing in this matter.  That order is set forth herein.  In addition, counsel for petitioner requested leave to lodge in the record the juror questionnaires produced to this court by the Placer County Superior Court, subject to a protective order.  Good cause appearing, petitioner's request will be granted.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Petitioner's request for leave to lodge in the record the juror questionnaires produced to this court by the Placer County Superior Court is granted.

       2. The Clerk of the Court shall scan the juror questionnaires into the electronic record in this action and file said questionnaires under seal.  Thereafter, the Clerk of the Court

1

1  shall return the original paper juror questionnaires to the Placer County Superior Court.  Any
2  post-hearing brief that makes reference to any sealed juror questionnaire shall be filed under seal
3  until further order of court.
4                  3. Petitioner's post-hearing brief shall be filed and served not later than forty-five
5  days from September 9, 2008.
6                  4. Respondents' brief shall be filed and served not later than thirty days
7  thereafter.
8                  5. Petitioner's closing brief shall be filed and served not later than fifteen days
9  thereafter.
10 DATED: September 11, 2008.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

12
morr0354.oah

2